UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESLEY H. KAISER,<br><br>              Plaintiff,<br><br>       vs.<br><br>JEREMY RUSSELL,<br><br>              Defendant. | No. 2:14-CV-00078-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 64) wherein the parties agree to dismissal with prejudice and without an award of costs. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion (ECF No. 64) is GRANTED.

2. The Clerk shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 4th day of February, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1