# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WESLEY H. KAISER,

*Plaintiff*

v.

SPOKANE COUNTY WASHINGTON, and JEREMY RUSSELL,

*Defendant*

Civil Action No.   2:14-CV-00078-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment of dismissal of the Complaint and the claims therein with prejudice and without costs to any party.  File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a motion for Dismissal.  The Sipulated Motion is GRANTED.

Date:  February 4, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy